

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2017

No. 04-16-00803-CR

Robert Adrian **RENDON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5521
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The State's brief was originally due to be filed with this court on July 3, 2017. We granted the State's first motion for an extension of time to file the brief until August 2, 2017. On July 11, 2017, the State filed its second motion for extension of time to file its brief. It requested a second thirty-day extension for a total extension of sixty days.

The State's motion is GRANTED. The State's brief is due on September 5, 2017. Further requests for extension will be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk